IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Appeal of: AZ Broad Street LLC      :
                                        :
From a Decision of:                   :
Zoning Board of Adjustment     :          No. 1354 C.D. 2021

**PER CURIAM**                **O R D E R**

      NOW, March 19, 2024, having considered Appellee's application for reargument and Appellant's answer in response thereto, the application is DENIED.